[No. 27184-6-III.   Division Three.   August 11, 2009.]

NEIGHBORHOOD ALLIANCE OF SPOKANE COUNTY, *Appellant*, v.
SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 06-2-00107-0, Philip W. Borst, J., entered May 30, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 27187-1-III.   Division Three.   August 11, 2009.]

*In the Matter of the Marriage of* ANN LYNN CHIPMAN, *Respondent*, and ROLAND LANCE CHIPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 06-3-00381-9, John E. Bridges, J., entered May 19, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27218-4-III.   Division Three.   August 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIZ
CRUZ-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 07-1-00344-2, Jack Burchard, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.

[Nos. 36828-5-II; 36875-7-II;   Division Two.   August 13, 2009.]
37505-2-II.

*In the Matter of the Marriage of* KAREN L. FISCHER, *Respondent*, and BRUCE A. FISCHER, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 06-2-30505-9, Paula Casey, J., entered September 5, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.